CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF:** Princess Maria Spencer

**Address (No Post Office Boxes):** 6010 Georgia Ave NW

**City:** Washington **State:** DC **Zip Code:** 20001

Case: 1:23-cv-00374
Assigned To : Unassigned
Assign. Date : 2/9/2023
Description: Pro Se Civ. Gen (F-Deck)

VS.

**DEFENDANT:** Internal Revenue Service

**Address (No Post Office Boxes):** 401 Peachtree W.

**City:** Atlanta **State:** GA **Zip Code:** 30308

CIVIL ACTION NO. _____

Jury Trial: [ ] Yes  [ ] No

## COMPLAINT

I had an appointment with a supervisor and I was told there were 3 COVID stimulus checks that I was due after an investigation. They were stolen along with an amended tax check; all my personal belongings were stolen with the proof in it and/or includes the supervisors name and badge number.

Original Signature (in pen): Princess Maria Spencer

RECEIVED
FEB - 9 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Name (if applicable, Prisoner ID No.): _____

Address or Facility Address: _____

City _____ State _____ Zip Code _____

Rev: 01/10/2023
*Use additional pages as needed